# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MITCHELL WINE**, <br><br> Plaintiff, <br><br> v. <br><br> **U.S. DEPARTMENT OF THE INTERIOR**, <br><br> Defendant. | Case No. 1:21-cv-03349 (TNM) |

## ORDER

Before the Court is Plaintiff Mitchell Wine's Motion for a New Trial, *see* ECF No. 54, which the Court construes as a Motion to Alter or Amend the Judgment under Rule 59(e). *See* Fed. R. Civ. P. 59(e). Wine argues that the Court improperly dismissed his Civil Service Reform Act claim stemming from the Merit Systems Protection Board's procedural dismissal of his appeal. *See id.* ¶ 1. The Board decision at issue indicates that "[t]he Board will automatically refile [Wine's] appeal on or around **November 1, 2022**." *See* Amended Compl. at 10, ECF No. 8 (emphasis in original). In light of this information, the parties are hereby ORDERED to meet and confer as to whether the Board has refiled Wine's appeal, and if so, whether such refiling moots Plaintiff's Motion to Alter or Amend the Judgment. The parties are also ORDERED to file a joint statement setting forth their positions on this question on or before November 30, 2022. If the parties cannot agree, they may file separate notices not to exceed five pages in length setting forth their positions by that date.

**SO ORDERED**.

Dated: November 15, 2022                                        TREVOR N. McFADDEN, U.S.D.J.