TREVOR N. MCFADDEN
United States District Judge   1/14/22

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MITCHELL WINE
101 NEWNATA CUTOFF
MOUNTAIN VIEW, ARKANSAS  72560                               PLAINTIFF

VS.                                      CIVIL ACTION NO.: 1:21-cv-03349 (TNM)

U.S. DEPARTMENT OF THE INTERIOR
1849 C STREET, N.W.
WASHINGTON, D.C.  20240                                       DEFENDANT

### SUPPLEMENT TO MOTION FOR NEW TRIAL OR TO ALTER OR AMEND JUDGMENT BASED ON NEW MATERIAL EVIDENCE

Plaintiff, *pro se*, moves this court to provide a new trial (or to alter/amend judgment) in this matter and does supplement his earlier motion with the following material evidence:

1. Defendant personnel Chris Davidson is in violation of a lawful subpoena in Saline County, Arkansas case 63CR-21-700 and every single circuit court judge in the country recused from the case so there is no way to quash the subpoena without Arkansas Supreme Court intervention.

2. Defendant does not argue service of process in the matter and admits to service of the lawfully issued subpoena (Attachment A) on Chris Davidson.

3. Davidson is actively obstructing Plaintiff's due process rights in defying the lawful subpoena and withholding the documents.

4. Defendant does not deny that Davidson is not in compliance with the lawful subpoena and Plaintiff requests this court reopen the case and order production of the documents requested in this matter and now by lawful subpoena.

Respectfully submitted,

*Mitchell Wine*

Mitchell Wine
101 Newnata Cutoff
Mountain View, Arkansas 72560
501-350-7663
mitchwine@hotmail.com

## CERTIFICATE OF SERVICE

This filing was transmitted to the court via email on November 11, 2022, at: dcdml_intake@dcd.uscourts.gov. It will be automatically transmitted to appropriate Defendant attorneys of record when uploaded to the court's electronic filing system.

**RECEIVED**
11/7/2022
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**IN THE CIRCUIT COURT OF SALINE COUNTY, ARKANSAS**
**THIRD DIVISION**
**SUBPOENA**
Duces Tecum
**Case Number: 63CR-21-700**

**THE STATE OF ARKANSAS V. Mitchell Wine**

Type of Case: **CRIMINAL**

TO:   Chris Davidson

chris_davidson@fws.gov
Home Phone:
Work Phone (501) 730-3268

**Please serve by phone or email**
**YOU ARE HEREBY COMMANDED** to produce the attached document in non-redacted form within 48 hours of subpoena service to: mitchwine@hotmail.com
The document describes an armed home invasion under color of law at issue in this case.

Date and Time: November 3, 2022 @ 1:30 p.m.

Place:   **SALINE COUNTY COURTHOUSE**
         **200 N. MAIN STREET, BENTON, AR**

Subpoena shall remain in effect unless or until you are excused by the Court, a Court official, or the attorney (or party if not represented by an attorney) who caused this Subpoena to be issued.

Questions may be addressed to:

Mitch Wine
501-350-7663
mitchwine@hotmail.com

Witness my hand and seal this date: **10·31·2022**

Myka Bono Sample Clerk, By: *Heather Nicholson, DC*

**NOTICE: Failure by any person to obey a Subpoena served upon him may be deemed a contempt of court in which the action is pending. ARCP 45 (f).**

### RETURN OF SERVICE

County of _____, ss. I have this _____ day of _____, A.D. 20___

at _____ duly served

the within by showing the original and stating the substance therein to the within named.

_____ as I am therein commanded.

_____, Sheriff

**PLEASE CALL 24 HOURS IN ADVANCE TO VERIFY TRIAL DATE**

Attachment A

| | |
|---|---|
| From: | (b) (6), (b) |
| To: | (b) (6), (b) (7)(C), (k)(2) |
| Cc: | (b) (6), (b) (7)(C), (k)(2) |
| Subject: | Re: Assistance with Mitchell Wine"s Removal Process/Retrieval of Gov"t Property |
| Date: | Tuesday, December 12, 2017 8:33:53 AM |
| Attachments: | image001.png |



Thanks.

On Tue, Dec 12, 2017 at 6:46 AM, (b) (6), (b) (7)(C), (k)(2)        > wrote:

> (b) Thursday we are both unavailable to assist.
>
> (b) /(b) (6), (b) (7)(C) is Friday an option?

Sir, if we cannot get there it is (b) (7)(E)
I hope we can resolve this issue without incident.

Inspector (b) (6), (b) (7)(C), (k)(2)

U.S. Department of Homeland Security

NPPD/Federal Protective Service

Region 7 Area 3 Arkansas

Cell: (b) (6), (b) (7)(C), (k)(2)

Email: (b) (6), (b) (7)(C), (k)(2)



"Semper Fidelis"

**From:** (b) (6), (b) (7)(C) [@fws.gov]
**Sent:** Monday, December 11, 2017 4:44 PM
**To:** (b) (6), (b) (7)(C), (k)(2)
**Cc:**
**Subject:** Assistance with Mitchell Wine's Removal Process/Retrieval of Gov't Property

(b) (6), (b) (7)(C), (k)(2), (b)(5)

Thanks for your assistance.

--

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

U.S. Fish and Wildlife Service

Arkansas Ecological Services Field Office / 110 South Amity Road, Suite 300 / Conway, AR 72032

(b)(6), (office) / (b)(6), (cell)

http://www.fws.gov/arkansas-es

*NOTE: This email correspondence and any attachments to and from this sender is subject to the Freedom of Information Act (FOIA) and may be disclosed to third parties.*

--

(b)(6), (b)(7)(C)
(b)(6), (b)(7)(C)

U.S. Fish and Wildlife Service
Arkansas Ecological Services Field Office / 110 South Amity Road, Suite 300 / Conway, AR 72032
(b)(6) (office) / (b)(6) (cell)
http://www.fws.gov/arkansas-es

*NOTE: This email correspondence and any attachments to and from this sender is subject to the Freedom of Information Act (FOIA) and may be disclosed to third parties.*