UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MITCHELL WINE
101 NEWNATA CUTOFF
MOUNTAIN VIEW, ARKANSAS 72560 PLAINTIFF

Leave to file GRANTED

*[signed]* TREVOR N. MCFADDEN  11/14/22
United States District Judge

VS.                                          CIVIL ACTION NO.: 1:21-cv-03349 (TNM)

U.S. DEPARTMENT OF THE INTERIOR
1849 C STREET, N.W.
WASHINGTON, D.C. 20240                                              DEFENDANT

### SECOND SUPPLEMENT TO MOTION FOR NEW TRIAL OR TO ALTER OR AMEND JUDGMENT BASED ON NEW MATERIAL EVIDENCE AND MOTION TO ADD ADDITIONAL PARTIES

Plaintiff, *pro se*, moves this court to provide a new trial (or to alter/amend judgment) in this matter and to add additional parties based on newly acquired material evidence. Plaintiff does aver:

1. Defendant personnel Chris Davidson is in violation of a lawful subpoena in Saline County, Arkansas case 63CR-21-700 and now Pulaski County, Arkansas case 60CR-20-4204 where unlawfully redacted documents are being withheld under a thus far unnamed "privilege" of the United States.

2. The aforementioned 55+ pages of documents are being withheld in full in violation of the Privacy Act, as alleged in this matter and withholding of the documents is a felony violation of 18 U.S.C. 241 and 242, *inter alia*, because the documents describe an admitted Fourth Amendment violation by state/federal government

**RECEIVED**
11/14/2022
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

conspirators at Plaintiff's private residence without a warrant or probable cause of any crime on December 14, 2017.

3. Defendant does not argue service of process in the matter and admits to service of the lawfully issued subpoena (Attachment A) on Chris Davidson.

4. Davidson is actively obstructing Plaintiff's due process rights in defying the lawful subpoena and withholding the documents to have Plaintiff unlawfully arrested/detained, which is a felonious act under 18 U.S.C. 242.

5. A statewide newspaper in Arkansas recently ran a public story with libelous contentions that Matt Campbell (former attorney forced upon Plaintiff by the Arkansas courts) made sworn statements that Plaintiff spoke to him on the phone and made vague threats regarding he and his daughter.

6. Plaintiff has never threatened Matt Campbell's daughter and Matt Campbell is known to make false representations to courts of law in Arkansas, having recently been sanctioned for such in an Arkansas court, and the Arkansas Democrat-Gazette has committed libel whilst also tainting any jury Plaintiff might have faced in the matter with false and unsworn hearsay slandering Plaintiff.

7. Matt Campbell has never signed any document swearing an oath to tell the truth regarding Plaintiff even when he was cross-examined in Judge Brent Houston's court because Judge Houston informed Matt Campbell prior to his testimony to have Plaintiff arrested under false pretenses that he would not been sworn under oath for the testimony such that Campbell could feel free to make misrepresentations to the court.

8. Judge Houston proceeded to have Plaintiff arrested based on provably false hearsay and then issued him a $150,000 Sheriff's bond for a non-violent misdemeanor crime that Houston has failed to bring to trial for more than two years.

9. Defendant does not deny that Davidson is not in compliance with the lawful subpoenas and Plaintiff requests this court reopen the case and order production of the documents requested in this matter and now by lawful subpoena.

10. Defendant does not deny they are acting in collusion with the state of Arkansas and the Arkansas Democrat-Gazette to print provably false public newspaper articles to sway public opinion against Plaintiff prior to any jury trial (which is currently being denied without explanation) to keep the documents sought in this matter from public view.

11. Plaintiff again requests to add the state of Arkansas (and certain personnel) and the Arkansas Democrat-Gazette (and certain personnel) to this case so that injunctive relief may be sought immediately to mitigate unlawful actions described herein.

12. This court is actively obstructing justice by allowing Plaintiff to suffer malicious criminal prosecution to conceal crimes in an unlawfully redacted/withheld set of documents that should be provided to Plaintiff by law under the Privacy Act and for his defense.

13. Defendant is actively defying statutory law and multiple lawfully issued and served subpoenas to obstruct justice in this matter and effectuate Plaintiff's unlawful detention and malicious prosecution, yet they suffer no consequences while Plaintiff is unlawfully arrested/detained.

14. The public has a right to know that due process and jury trial are not guaranteed in this country and can be stripped away by the government at any time for any reason.

15. The public has a right to know a statewide newspaper is willing to print provably false and libelous stories to further their own interests and those of Defendant, which is to silence Plaintiff and cause damage to his reputation.

16. Leave of the court is not required for this filing and none is sought. Please upload this document so it can be file stamped as sworn onto a federal court docket and used as evidence by Plaintiff.

Respectfully submitted,

*Mitchell Wine*

Mitchell Wine
101 Newnata Cutoff
Mountain View, Arkansas 72560
501-350-7663
mitchwine@hotmail.com

### CERTIFICATE OF SERVICE

This filing was transmitted to the court via email on November 14, 2022, at: dcdml_intake@dcd.uscourts.gov. It will be automatically transmitted to appropriate Defendant attorneys of record when uploaded to the court's electronic filing system.



**STATE OF ARKANSAS**
**PULASKI COUNTY CIRCUIT COURT**
**OFFICE OF THE CIRCUIT/COUNTY CLERK**

### SUBPOENA

**CASE NUMBER: 60CR-20-4204**

| PLAINTIFF(S): | | DEFENDANT(S}: |
|---|---|---|
| State of Arkansas | VS. | Mitchell Wine |

**TO: Chris Davidson, 200 Hazelwood Drive, Sheridan, AR  72150**

**(CHECK APPLICABLE SQUARES)**
You are hereby directed to attend and give testimony as a witness in the above styled case,
    __X__ Court
    _____ for Deposition
***You must appear and provide the attached document in non-redacted form within three days of subpoena service. Your testimony is required because Matt Campbell refused to seek the document as part of my defense.**
__X__ You are also directed to bring with you the books, papers, documents, or other tangible things described above.
**Date of Appearance:** February 6, 2023    **Time of Appearance:** 1:30 p.m.

**Location:** Pulaski County Courthouse, 401 W. Markham Street, Little Rock, AR 72201

| _____ First Division, Room 420 | __X__ Fifth Division, Room 410 |
| _____ Second Division, Room 320 | _____ Sixth Division, Room 210 |
| _____ Third Division, Room 240 | _____ Seventh Division, Rom 220 |
| _____ Fourth Division, Room 440 | _____ Other (please give address) |

Attorney Requesting Subpoena: __Defendant, *pro se*__

WITNESS my hand and the seal of said Court this day: __November 4, 2022__

BY: __Tom Bauer__

**CIRCUIT & COUNTY CLERK**

**SHERIFF'S RETURN:**
I have this day duly served this subpoena by:
    _____ Telephone        )
                           ) Upon the within named persons and I have stated the substance there to them.
    _____ Personal Service )

PULASKI COUNTY SHERIFF'S OFFICE

BY: _____, D.S.

Exhibit A

**From:** (b) (6), (b)
**To:** (b) (6), (b) (7)(C), (k)(2)
**Cc:** (b) (6), (b) (7)(C), (k)(2)
**Subject:** Re: Assistance with Mitchell Wine"s Removal Process/Retrieval of Gov"t Property
**Date:** Tuesday, December 12, 2017 8:33:53 AM
**Attachments:** image001.png



Thanks.

On Tue, Dec 12, 2017 at 6:46 AM, (b) (6), (b) (7)(C), (k)(2)              > wrote:

(b)    Thursday we are both unavailable to assist.

(b)   /(b) (6), (b) (7)(C) is Friday an option?


Sir, if we cannot get there it is (b) (7)(E)
                    I hope we can resolve this issue without incident.


Inspector (b) (6), (b) (7)(C), (k)(2)

U.S. Department of Homeland Security

NPPD/Federal Protective Service

Region 7 Area 3 Arkansas

Cell: (b) (6), (b) (7)(C), (k)(2)

Email: (b) (6), (b) (7)(C), (k)(2)



"Semper Fidelis"

**From:** (b) (6), (b) (7)(C) @fws.gov]
**Sent:** Monday, December 11, 2017 4:44 PM
**To:** (b) (6), (b) (7)(C), (k)(2)
**Cc:**
**Subject:** Assistance with Mitchell Wine's Removal Process/Retrieval of Gov't Property

(b) (6), (b) (7)(C), (k)(2), (b)(5)

Thanks for your assistance.

--

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

U.S. Fish and Wildlife Service

Arkansas Ecological Services Field Office / 110 South Amity Road, Suite 300 / Conway, AR 72032

(b) (6),  (office) / (b) (6),  (cell)

http://www.fws.gov/arkansas-es

*NOTE: This email correspondence and any attachments to and from this sender is subject to the Freedom of Information Act (FOIA) and may be disclosed to third parties.*

--


U.S. Fish and Wildlife Service
Arkansas Ecological Services Field Office / 110 South Amity Road, Suite 300 / Conway, AR 72032
(b) (6),  (office) / (b) (6),  (cell)
http://www.fws.gov/arkansas-es

*NOTE: This email correspondence and any attachments to and from this sender is subject to the Freedom of Information Act (FOIA) and may be disclosed to third parties.*